Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0879

Derek Quinn v. Robert Rasp (Appeal from Mobile Circuit Court: CV-20-901159).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.